## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

LISA MATHEWS                                                              **PLAINTIFF**

v.                                        **Case No. 4:11-cv-00767 KGB**

SHANNON MARNITZ and
HEWLETT-PACKARD COMPANY                                   **DEFENDANTS**

### ORDER

     Plaintiff Lisa Mathews brings this action pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination (Dkt. No. 2). The defendants move to dismiss for insufficient process, insufficient service of process, and failure to state a claim (Dkt. No. 8). Ms. Mathews has not filed a response.

     Pursuant to Local Rule 5.5 (c)(2), it is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.

     Because Ms. Mathews is proceeding *pro se,* the Court hereby notifies Ms. Mathews that the Court is extending her deadline to file an opposition to the Motion to Dismiss for Insufficient Process, Insufficient Service of Process, and Failure to State a Claim to November 23, 2012. After that date, the Court will rule on defendants' Motion to Dismiss for Insufficient Process, Insufficient Service of Process, and Failure to State a Claim.

     The Court directs the Clerk of Court to send this Order *via certified mail* to Ms. Mathews at her address of record.

IT IS SO ORDERED this 23 day of October, 2012.


_Kristine G. Baker_
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE