IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LISA MATHEWS | PLAINTIFF |
| v.     Case No. 4:11-cv-00767 KGB | |
| SHANNON MARNITZ and  HEWLETT-PACKARD COMPANY | DEFENDANTS |

## ORDER

On October 23, 2012, the Court entered an Order (Dkt. No. 10) directing plaintiff Lisa Mathews to respond to defendants' motion to dismiss for insufficient process, insufficient service of process, and failure to state a claim (Dkt. No. 8). Because Ms. Mathews is proceeding *pro se,* the Court extended her deadline to file an opposition to defendants' motion to dismiss to November 23, 2012. Ms. Mathews has failed to respond to the Court's Order.

Pursuant to Local Rule 5.5 (c)(2), it is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Because she failed to respond to the Court's Order, Ms. Mathews' pending claims against defendants are dismissed without prejudice.

Defendants' motion to dismiss for insufficient process, insufficient service of process, and failure to state a claim (Dkt. No. 8) is denied as moot, based on the dismissal without prejudice of Ms. Mathews' pending claims.

IT IS SO ORDERED this 28 day of November, 2012.

*Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE