IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LISA MATHEWS                                                               PLAINTIFF

v.                         Case No. 4:11-cv-00767 KGB

SHANNON MARNITZ and
HEWLETT-PACKARD COMPANY                             DEFENDANTS

### JUDGMENT

In accordance with the Court's Order entered in this case on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

IT IS SO ADJUDGED this 28 day of November, 2012.

_Kristine G. Baker_
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE